The Commissioners of Philadelphia county *against* Isaac Snowden, Treasurer of the same county.

Express negative words are necessary to oust courts of justice from making rules of reference, in matters of mere account where the parties consent to a submission.

Mr. Ingersoll for the defendant, moved the court to appoint referees to adjust and settle the accounts of the defendant, as treasurer of the county, for a number of years.

Mr Rawle, for the commissioners, admitted that the accounts were of a very complicated nature, and required much time and patience in the investigation. His clients were not averse to a submission, but he expressed his doubts, whether the same could legally be done consistently with the act of 13th March 1791, which required the court " to direct an issue to be tried by a jury during a next term, upon whose verdict final judgment shall be entered." 3 Dall. St. Laws 35, § 5.

By the Court. There seems no reason for the doubt, if the parties consent to the submission. In accounts of a long standing, depending on a great variety of facts, it is almost impossible to do complete justice by a jury trial, and we have frequently experienced the necessity of references, after the court have delivered their sentiments on particular points of law. The defalcation act of 1705, declares "the award of referees mutually chosen and approved of by the court, to have the same effect, and to be as available in law as a verdict given by twelve men." Express negative words appear necessary to oust courts of justice from making such rules of court, in matters of mere account, where the parties consent to a reference.

Referees appointed.